# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) Case No.: 3:19-CR-00026-LRH-WGC |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
|  | ) **ORDER** |
| ALESIA SAMPSON, | ) |
| Defendant. | ) |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 13, 2021, at 1:30 p.m., is vacated and continued to Tuesday, August 24, 2021, at the hour of 11:00 a.m. in Reno Courtroom 3.

DATED this 9th day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE